UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ALBERT REGINALD ROBINSON,

       Plaintiff,

v.

R. DESROCHERS et al.,

       Defendants.

Case No. 2:18-cv-156

Honorable Paul L. Maloney

_____/

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Horton, Desrochers, Batho, and Dihle are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  November 15, 2018        /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge